JOHN C. ULIN (State Bar No. 165524)
John.Ulin@aporter.com
ERIC D. MASON (State Bar No. 259233)
Eric.Mason@aporter.com
LOUIS S. EDERER (*Pro Hac Vice*)
Louis.Ederer@aporter.com
MATTHEW T. SALZMANN (*Pro Hac Vice*)
Matthew.Salzmann@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844
Telephone:  (213) 243-4000
Facsimile:  (213) 243-4199

JS-6

*Attorneys for Plaintiffs*
SWEET PEOPLE APPAREL, INC. d/b/a MISS
ME and RCRV, Inc. d/b/a ROCK REVIVAL

FILED
CLERK, U.S. DISTRICT COURT

AUG 2 0 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

|  |  |
|---|---|
| SWEET PEOPLE APPAREL, INC. d/b/a MISS ME, a California corporation, and RCRV, INC. d/b/a ROCK REVIVAL, a California corporation. <br><br> Plaintiffs, <br><br> v. <br><br> JEAN JACKET CLOTHING, INC., a California corporation, KAMYAR PENHASI, an individual, XYZ COMPANIES 1-10, and JOHN AND JANE DOES 1-10, <br><br> Defendants. | Case No.: 2:13-cv-07716  GAF (FFMx) <br><br> Hon. Gary A. Feess <br><br> **PERMANENT INJUNCTION ORDER** |

1    WHEREAS, the Plaintiffs in this action are Sweet People Apparel, Inc. d/b/a

2    MISS ME ("Sweet People"), and RCRV, Inc. d/b/a ROCK REVIVAL ("RCRV"); and

3    WHEREAS, the Defendants in this action are Jean Jacket Clothing, Inc. ("Jean

4    Jacket") and Kamyar Penhasi ("Penhasi"); and

5    WHEREAS, Sweet People owns U.S. copyright registrations for certain designs

6    it uses on and in connection with its MISS ME line of jeanswear products, including (i)

7    U.S. Copyright Registration No. VA 1-827-438, effective as of June 8, 2012, for its

8    Tribal Deco JW5416B Design; (ii) U.S. Copyright Registration No. VA 1-796-810,

9    effective as of December 1, 2011, for its Cypress Paisley JW5367B Design; (iii) U.S.

10   Copyright Registration No. VA 1-418-846, effective as of May 23, 2007, for its JP

11   4369 Back Pocket Design; (iv) U.S. Copyright Registration No. VA 1-807-380,

12   effective as of December 28, 2011, for its Split Fleur de Lis JW530TB3 Design; and

13   (v) U.S. Copyright Registration No. VA 1-785-057, issued on August 4, 2011, for its

14   CrossRoads JP5072 Design (collectively referred to as the "Sweet People Copyrighted

15   Designs"), copies of the registration certificates for and photographs of the Sweet

16   People Copyrighted Designs as they appear on MISS ME jeanswear products being

17   attached hereto as Exhibit A and incorporated herein by reference; and

18   WHEREAS, Sweet People owns a U.S. trademark registration for its FABRIC

19   CUT OUT DESIGN Trademark (U.S. Trademark Registration No. 4,065,486), a copy

20   of the registration certificate for and photograph of the FABRIC CUT OUT DESIGN

21   Trademark as it appears on MISS ME jeanswear products being attached hereto as

22   Exhibit B and incorporated herein by reference; and

23   WHEREAS, RCRV owns a U.S. trademark registration for its INVERTED

24   FLEUR DE LIS DESIGN Trademark (U.S. Trademark Registration No. 3,581,968), a

25   copy of the registration certificate for and photograph of the INVERTED FLEUR DE

26   LIS DESIGN Trademark as it appears on ROCK REVIVAL jeanswear products being

27   attached hereto as Exhibit C and incorporated herein by reference; and

28   WHEREAS, on October 18, 2013, Plaintiffs Sweet People and RCRV filed a

1   Complaint (Dkt. No. 1) alleging that Jean Jacket and Penhasi created, designed,

2   purchased, imported, distributed, offered for sale and/or sold certain jeanswear

3   products bearing designs that infringe their rights in and to the Sweet People

4   Copyrighted Designs, Sweet People's FABRIC CUT OUT DESIGN Trademark and

5   RCRV's INVERTED FLEUR DE LIS DESIGN Trademark, including those attached

6   hereto as Exhibit D and incorporated herein by reference; and

7          WHEREAS, the Court has jurisdiction over the subject matter of this action and

8   over Plaintiffs Sweet People and RCRV and Defendants Jean Jacket and Penhasi, and

9   venue in this action being proper in this judicial district; and

10         WHEREAS, Plaintiffs Sweet People and RCRV and Defendants Jean Jacket and

11  Penhasi have consented to the entry of this Permanent Injunction Order in full and final

12  resolution of the claims asserted between and among them in the Civil Action, as

13  follows:

14         **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

15         1.     Jean Jacket, its respective subsidiaries, affiliates, divisions, officers,

16  directors, principals, servants, employees, successors and assigns, including its

17  President, Kaymar Penhasi, and all those in active concert or participation with Jean

18  Jacket, or under its direct or indirect control, including manufacturers, suppliers,

19  distributors and retailers who receive notice of this Permanent Injunction Order, are

20  hereby enjoined, restrained and prohibited from:

21         a.     Manufacturing, designing, creating, copying, imitating, importing,

22  exporting, distributing, supplying, marketing, advertising, promoting, offering for sale

23  or selling any product bearing a design that is substantially similar in overall

24  appearance to, or making any other unauthorized use of, any design that is the subject

25  of a U.S. copyright registration owned by Sweet People or RCRV, whether such design

26  is registered at the time of entry of this Permanent Injunction Order, or registered

27  thereafter, so as to constitute an infringement of such registered design in violation of

28  the U.S. Copyright Act, as amended, 17 U.S.C. § 101 *et seq.*; and/or

b.      Manufacturing, designing, creating, copying, imitating, importing, exporting, distributing, supplying, marketing, advertising, promoting, offering for sale or selling any product bearing a design that is confusingly similar to, or making any other unauthorized use of, any design that is the subject of a U.S. trademark registration owned by Sweet People or RCRV, whether such design is registered at the time of entry of this Permanent Injunction Order, or registered thereafter, so as to constitute an infringement of such registered design in violation of the Lanham Act, as amended, 15 U.S.C. § 1051 *et seq*.

2.      Within ten (10) days following entry of this Permanent Injunction Order, Jean Jacket shall provide a copy of this Permanent Injunction Order to its manufacturers, suppliers, distributors and retail and wholesale customers of any products bearing designs that Plaintiffs have alleged infringe their rights in and to the Sweet People Copyrighted Designs, Sweet People's FABRIC CUT OUT DESIGN Trademark and RCRV's INVERTED FLEUR DE LIS DESIGN Trademark, to the extent such manufacturers, suppliers, distributors and retail and wholesale customers may be located through reasonable efforts.

3.      Plaintiffs, Jean Jacket and Penhasi have acknowledged that, due to Jean Jacket's record keeping practices, the monetary relief to which Plaintiffs would be entitled as a result of a violation of any of the terms in Paragraphs 1(a)-(b) of this Permanent Injunction Order may not be readily ascertainable.  Accordingly, in the event of any violation by Jean Jacket and/or Penhasi of Paragraphs 1(a)-(b) of this Permanent Injunction Order, in addition to any equitable relief to which Plaintiffs may be entitled, the Parties agree that Jean Jacket and Penhasi shall be liable to Plaintiffs, at Plaintiffs sole option, as follows:

(a)      Plaintiffs' actual damages as provided for in 17 U.S.C. § 504(b) of the U.S. Copyright Act and 15 U.S.C. § 1117(a) of the Lanham Act and/or a disgorgement of Jean Jacket's profits, as provided for in 17 U.S.C. § 504(b) of the U.S. Copyright Act and 15 U.S.C. § 1117(a) of the Lanham Act; or

(b)     The liquidated sum of Fifty Thousand Dollars ($50,000) per infringement in the case of Paragraphs 1(a)-(b), as the Parties have agreed that such sum is reasonably proportionate to Plaintiffs' foreseeable losses for any violation of the terms of Paragraphs 1(a)-(b) of this Permanent Injunction Order.

4.     The Court retains jurisdiction of this action for the purpose of enforcing the provisions of this Permanent Injunction Order, and the Parties' Settlement Agreement, by way of contempt motion or otherwise.

5.     The Parties waive any right to appeal this Permanent Injunction Order.

6.     The Parties agree that each Party shall bear its own costs and fees associated with this Permanent Injunction Order and the Civil Action.

**IT IS SO ORDERED.**

DATED: August 19, 2014

_____
Gary A. Feess

**JS-6**                     UNITED STATES DISTRICT JUDGE

- 4 -

1    Submitted By:

2
     ARNOLD & PORTER LLP
3    JOHN C. ULIN (State Bar No. 165524)
     John.Ulin@aporter.com
4    777 South Figueroa Street, 44th Floor
     Los Angeles, California 90017-5844
5    Telephone: (213) 243-4000
     Facsimile:  (213) 243-4199
6

7

8

9    By:_____
           John C. Ulin
10
11       *Attorneys for Plaintiffs*

12
     LAW OFFICES OF NICO N. TABIBI, APC
13   Nico N. Tabibi, Esq.
     9454 Wilshire Boulevard, Penthouse
14   Beverly Hills, California 90212-2929
     Telephone: (310) 276-1555
15
16

17   By:_____
           Nico N. Tabibi
18

19       *Attorneys for Defendants*
20

21

22

23

24

25

26

27

28

**EXHIBIT A**

00/00/2014  10:23:30 FAX 2132499990          NATIONWIDE LEGAL                                    8

Case 2:13-cv-07716-GAF-FFM   Document 30   Filed 08/20/14   Page 8 of 27   Page ID #:237
Case 2:13-cv-07716-GAF-FFM   Document 29-1   Filed 08/18/14   Page 8 of 24   Page ID #:213

# EXHIBIT A

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
VA 1-827-438

Effective date of
registration:
June 8, 2012

## Title

Title of Work: Tribal Deco JW5416B

## Completion/Publication

Year of Completion: 2011

Date of 1st Publication: February 15, 2012     Nation of 1st Publication: United States

## Author

■      Author: Sweet People Apparel, Inc.

Author Created: Artwork Applied to Clothing

Work made for hire: Yes

Citizen of: United States          Domiciled in: United States

## Copyright claimant

Copyright Claimant: Sweet People Apparel, Inc.

4715 S. Alameda St., Los Angeles, CA, 90058

## Rights and Permissions

Organization Name: Sweet People Apparel, Inc.

Name: Lilly Kim

Email: lillykim@missme.com

Address: 4715 S. Alameda St.          Telephone: 323-235-7307

Los Angeles, CA 90058

## Certification

Name: Lilly Kim

Date: June 8, 2012

Page 1 of 1

00/00/2014  10:23:30 FAX 2132499990      NATIONWIDE LEGAL                    9

Case 2:13-cv-07716-GAF-FFM  Document 30  Filed 08/20/14  Page 9 of 27  Page ID #:238
Case 2:13-cv-07716-GAF-FFM  Document 29-1  Filed 08/18/14  Page 9 of 24  Page ID #:214



00/00/2014  10:23:30 FAX  2132499990          NATIONWIDE LEGAL                    10

Case 2:13-cv-07716-GAF-FFM   Document 30   Filed 08/20/14   Page 10 of 27   Page ID #:239
Case 2:13-cv-07716-GAF-FFM   Document 29-1   Filed 08/18/14   Page 10 of 24   Page ID
#:215

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
VA 1-796-810

**Effective date of
registration:**
December 1, 2011

---

### Title

**Title of Work:** Cypress Paisley JW5367B

### Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** June 20, 2011        **Nation of 1st Publication:** United States

### Author

**Author:** Sweet People Apparel, Inc.

**Author Created:** Artwork Applied to Clothing

**Work made for hire:** Yes

**Citizen of:** United States        **Domiciled in:** United States

### Copyright claimant

**Copyright Claimant:** Sweet People Apparel, Inc.

4715 S. Alameda St., Los Angeles, CA, 90058

### Rights and Permissions

**Organization Name:** Sweet People Apaprel, Inc.

**Address:** 4715 S. Alameda St.

Los Angeles, CA 90058

### Certification

**Name:** Lilly Kim

**Date:** December 1, 2011

---

Page 1 of 1

3



00/00/2014 10:23:30 FAX 2132499990    NATIONWIDE LEGAL    12

Case 2:13-cv-07716-GAF-FFM    Document 30    Filed 08/20/14    Page 12 of 27    Page ID #:241
Case 2:13-cv-07716-GAF-FFM    Document 29-1    Filed 08/18/14    Page 12 of 24    Page ID #:217

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-418-845**

EFFECTIVE DATE OF REGISTRATION

May 23 2007

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**  Title of This Work ▼
JP 4369 BACK POCKET DESIGN

NATURE OF THIS WORK ▼ See instructions
Fabric Design

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**  NAME OF AUTHOR ▼
**a**  Sweet People Apparel, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☒ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b**  Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**3**  **a**  Year in Which Creation of This Work Was Completed
2006
This information must be given in all cases.

**b**  Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month October    Day 03    Year 2006
USA    Nation

---

**4**  COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Sweet People Apparel, Inc.
4715 S. Alameda St., Los Angeles, CA 90058

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
MAY 2 3 2007
ONE DEPOSIT RECEIVED
MAY 2 3 2007
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

See instructions before completing this space.

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _2_ pages

EXAMINED BY _____    FORM VA

CHECKED BY _____

☐ CORRESPONDENCE
   Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes  ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☑ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼   Year of Registration ▼

VAu713-797          2006

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

**a**

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼        Account Number ▼

**7**

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Eric Choi / Sweet People Apparel, Inc.
4715 S. Alameda St., Los Angeles, CA 90058

**b**

Area code and daytime telephone number   ( 323 ) 235-7352          Fax number   ( 323 ) 235-7344

Email   ericchoi@missme.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶

☐ author
☐ other copyright claimant
☑ owner of exclusive right(s)
☐ authorized agent of _____
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Eric Choi                                    Date  April 9, 2007

Handwritten signature (X) ▼

X _____

Certificate will be mailed in window envelope to this address:

Name ▼
Eric Choi / Sweet People Apparel, Inc.

Number/Street/Apt ▼
4715 S. Alameda Street

City/State/ZIP ▼
Los Angeles, CA 90058

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.



00/00/2014  10:23:30 FAX 2132499990          NATIONWIDE LEGAL                          15

Case 2:13-cv-07716-GAF-FFM   Document 30   Filed 08/20/14   Page 15 of 27   Page ID #:244
Case 2:13-cv-07716-GAF-FFM   Document 29-1   Filed 08/18/14   Page 15 of 24   Page ID #:220

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
VA 1-807-380

**Effective date of
registration:**
December 28, 2011

---

### Title
**Title of Work:** Split Fleur de Lis JW530TB3

### Completion/Publication
**Year of Completion:** 2010
**Date of 1st Publication:** January 3, 2011       **Nation of 1st Publication:** United States

### Author
**Author:** Sweet People Apparel, Inc.
**Author Created:** Artwork Applied to Clothing

**Work made for hire:** Yes
**Citizen of:** United States                        **Domiciled in:** United States

### Copyright claimant
**Copyright Claimant:** Sweet People Apparel, Inc.
4715 S. Alameda St., Los Angeles, CA, 90058

### Rights and Permissions
**Organization Name:** Sweet People Apparel, Inc.
**Address:** 4715 S. Alameda St.
Los Angeles, CA 90058

### Certification
**Name:** Lilly Kim
**Date:** December 28, 2011

Page 1 of 1

00/00/2014  10:23:30 FAX  2132499990      NATIONWIDE LEGAL                    16
Case 2:13-cv-07716-GAF-FFM   Document 30   Filed 08/20/14   Page 16 of 27   Page ID #:245
Case 2:13-cv-07716-GAF-FFM   Document 29-1   Filed 08/18/14   Page 16 of 24   Page ID
#:221



00/00/2014  10:23:30 FAX 2132499990      NATIONWIDE LEGAL                    17

Case 2:13-cv-07716-GAF-FFM   Document 30   Filed 08/20/14   Page 17 of 27   Page ID #:246
Case 2:13-cv-07716-GAF-FFM   Document 29-1   Filed 08/18/14   Page 17 of 24   Page ID #:222

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-785-057**

**Effective date of
registration:**

August 4, 2011

---

### Title

Title of Work: CrossRoads JP5072

### Completion/Publication

Year of Completion: 2009

Date of 1st Publication: October 27, 2009          Nation of 1st Publication: United States

### Author

■ Author: Sweet People Apparel, Inc.

Author Created: Artwork Applied to Clothing

Work made for hire: Yes

Domiciled in: United States

### Copyright claimant

Copyright Claimant: Sweet People Apparel, Inc.

4715 S. Alameda Street, Los Angeles, CA, 90058, United States

### Rights and Permissions

Organization Name: Sweet People Apparel, Inc.

Address: 4715 S. Alameda Street

Los Angeles, CA 90058  United States

### Certification

Name: Alan C. Veronick

Date: August 4, 2011

Applicant's Tracking Number: 21406.001

---

Page 1 of 1

00/00/2014 10:23:30 FAX 2132499990     NATIONWIDE LEGAL                    18

Case 2:13-cv-07716-GAF-FFM   Document 30   Filed 08/20/14   Page 18 of 27   Page ID #:247
Case 2:13-cv-07716-GAF-FFM   Document 29-1   Filed 08/18/14   Page 18 of 24   Page ID
#:223



**EXHIBIT  B**

# EXHIBIT B

## United States of America
### United States Patent and Trademark Office



**Reg. No. 4,065,486**

**Registered Dec. 6, 2011**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

SWEET PEOPLE APPAREL, INC. (CALIFORNIA CORPORATION)
4715 S. ALAMEDA ST.
LOS ANGELES, CA 90058

FOR: APPAREL, NAMELY, JEANS AND PANTS, IN CLASS 25 (U.S. CLS. 22 AND 39)

FIRST USE 9-29-2005; IN COMMERCE 9-29-2005.

OWNER OF U.S. REG. NO. 3,491,338.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE THE SHAPES OF THE POCKETS OR THE POCKET FLAPS, OR THE STITCHING APPEARING ON THE POCKETS OR THE POCKET FLAPS, WHICH ARE INCLUDED ONLY TO SHOW THE PLACEMENT OF THE MARK ON THE GOODS, APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF A FABRIC CUT OUT DESIGN ON THE POCKET FLAP AND UNDER THE WAIST OF THE PANTS. THE AREA OF THE CUTOUT IS REPLACED WITH A FABRIC INSERT WHICH DIFFERS IN DESIGN FROM THE REMAINING PANTS FABRIC.

SEC. 2(F).

SER. NO. 85-041,242, FILED 5-18-2010.

SUZANNE BLANE, EXAMINING ATTORNEY



*David J. Kappos*
Director of the United States Patent and Trademark Office

00/00/2014  10:23:30 FAX 2132499990     NATIONWIDE LEGAL                    20

Case 2:13-cv-07716-GAF-FFM   Document 30   Filed 08/20/14   Page 21 of 27   Page ID #:250
Case 2:13-cv-07716-GAF-FFM   Document 29-1   Filed 08/18/14   Page 20 of 24   Page ID #:225



**EXHIBIT C**

00/00/2014  10:23:30 FAX 2132499990    NATIONWIDE LEGAL                    21

Case 2:13-cv-07716-GAF-FFM   Document 30   Filed 08/20/14   Page 23 of 27   Page ID #:252
Case 2:13-cv-07716-GAF-FFM   Document 29-1   Filed 08/18/14   Page 21 of 24   Page ID #:226

# EXHIBIT C



**Reg. No. 4,248,371**

**Registered Nov. 27, 2012**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

RCRV, INC. (CALIFORNIA CORPORATION)
4715 S. ALAMEDA STREET
LOS ANGELES, CA 90058

FOR: APPAREL, NAMELY, JEANS, SHORTS AND SKIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-23-2005; IN COMMERCE 3-17-2006.

THE MARK CONSISTS OF A THREE-DIMENSIONAL DESIGN FEATURE CONSISTING OF A STYLIZED INVERTED FLEUR DE LIS DESIGN STITCHED ON THE BACK POCKET OF A JEANS PRODUCT, DEPICTED IN THE DRAWING AS A SOLID BLACK LINE. THE DOTTED OUTLINE OF THE GOODS IS INTENDED TO SHOW THE POSITION OF THE MARK AND IS NOT PART OF THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 85-330,951, FILED 5-26-2011.

MARK SPARACINO, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

00/00/2014  10:23:30 FAX  2132499990      NATIONWIDE LEGAL                                    22

Case 2:13-cv-07716-GAF-FFM   Document 30   Filed 08/20/14   Page 24 of 27   Page ID #:253
Case 2:13-cv-07716-GAF-FFM   Document 29-1   Filed 08/18/14   Page 22 of 24   Page ID #:227



**EXHIBIT D**

00/00/2014  10:23:30 FAX 2132499990     NATIONWIDE LEGAL                          23

Case 2:13-cv-07716-GAF-FFM   Document 30   Filed 08/20/14   Page 26 of 27   Page ID #:255
Case 2:13-cv-07716-GAF-FFM   Document 29-1   Filed 08/18/14   Page 23 of 24   Page ID #:228

## EXHIBIT D









00/00/2014  10:23:30 FAX 2132499990          NATIONWIDE LEGAL                                    24

Case 2:13-cv-07716-GAF-FFM   Document 30   Filed 08/20/14   Page 27 of 27   Page ID #:256
Case 2:13-cv-07716-GAF-FFM   Document 29-1   Filed 08/18/14   Page 24 of 24   Page ID #:229



